# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Dorwan Gene Vizzier
Broussard, Halcomb & Vizzier
P. O. Box 11875
Alexandria LA 71315

JUDGMENT ON REHEARING RENDERED AND
MAILED TO ALL PARTIES OR COUNSEL OF
RECORD ON **AUGUST 1, 2018**.

## REHEARING ACTION: August 1, 2018

**Docket Number: CA 18-0075 consolidated with CA 18-0073 & CA 18-0074**

**ELWOOD SONNIER**
**VERSUS**
**THE UNOPENED SUCCESSION OF LACY**
**N. JOHNSON, ET AL**

**Appealed from Allen Parish Case No. C-2007-188 c/w 2007-186, c/w 2007-190**

**BEFORE JUDGES:**

> **Hon. Ulysses Gene Thibodeaux**
> **Hon. Marc T. Amy**
> **Hon. Elizabeth A. Pickett**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Gaynelwyn Sonnier** has this day been

> **DENIED.**

cc: Stacey Allen Moak, Counsel for the Appellee
    Hon. Judi F. Abrusley, Counsel for the Appellee
    Frank Alton Granger, Counsel for the Appellant